IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LINDSAY WARREN, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CV238 |
| | ) | |
| v. | ) | |
| | ) | |
| GLOBAL CREDIT & COLLECTION | ) | ORDER |
| CORP., CAPITAL ONE, LLC, and | ) | |
| CAPITAL ONE BANK (USA), N.A., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This matter is before the Court on plaintiff's voluntary notice of dismissal of action pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) as to Capital One, LLC, only (Filing No. 59). Pursuant thereto,

IT IS ORDERED that Capital One, LLC, is dismissed as a party to this action.

DATED this 9th day of February, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court