IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
LINDSAY WARREN,                )
                               )
          Plaintiff,           )        8:10CV238
                               )
     v.                        )
                               )
GLOBAL CREDIT & COLLECTION     )        ORDER
CORP., CAPITAL ONE, LLC, and   )
CAPITAL ONE BANK (USA), N.A.,  )
                               )
          Defendants.          )
_____)
```

This matter is before the Court on the stipulation of dismissal of defendant Global Credit & Collection Corp. (Filing No. 62).

IT IS ORDERED that the stipulation is approved and adopted; this action is dismissed with prejudice, each party to pay their own costs. Any pending motions are denied as moot.

DATED this 11th day of February, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court